# CRIMINAL COMPLAINT

COPY · UNDER SEAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ARTASH STEPANYAN | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. **SA16-177M** |

Complaint for violation of Title 18, United States Code, Section 1028(a)(7).

| NAME OF MAGISTRATE JUDGE<br>HONORABLE KAREN E. SCOTT | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Santa Ana, California |
|---|---|---|

| DATE OF OFFENSE<br>September 6, 2012 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 1028(a)(7)]

(See attached affidavit which is incorporated as part of this Complaint)

LODGED 2016 APR 18 PM 4:15 CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY____

FILED APR 19 2016 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**ADRIAN YEPEZ** /s/<br>OFFICIAL TITLE<br>Special Agent – Internal Revenue Service-Criminal Investigation |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[(1)]<br>/s/ KAREN E. SCOTT | DATE<br>April 18, 2016 /s/ |
|---|---|

[(1)] See Federal Rules of Criminal Procedure 3 and 54

AUSA Charles Pell x3542    REC: Detention

# AFFIDAVIT

I, Adrian Yepez, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Internal Revenue Service - Criminal Investigation ("IRS-CI"), assigned to the Los Angeles Field Office, and have served in this capacity since April 2010. As part of my training as an SA, I attended the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training in criminal and financial investigative techniques with an emphasis in accounting and criminal tax law. My training included courses in law enforcement techniques, federal criminal statutes, criminal investigations, execution of search warrants, financial investigative techniques, and legal principles and statutes representing criminal violations of Titles 18, 26, and 31 of the United States Code. My formal education includes a Bachelor of Arts degree in Law and Society with an emphasis in Criminal Justice from the University of California, Santa Barbara. I have personally conducted and assisted in investigations of criminal violations of the Internal Revenue laws, the Bank Secrecy Act, the Money Laundering Control Act, identity theft, bank fraud, credit card fraud, wire fraud, and healthcare fraud. These investigations have involved the use of electronic and physical surveillance; the use of informants and cooperating witnesses; undercover operations; and the preparation and execution of search and arrest warrants. In addition to the training described above, I have attended training seminars and meetings related to the investigation of financial

1

crimes, including identity theft investigations. From October 2013 to October 2015, I was the Identity Theft Coordinator for the IRS-CI Los Angeles Field Office. In that capacity, my duties included investigating stolen identity refund fraud schemes, developing identity theft leads from local, state, and federal law enforcement agencies, participating in state and federal Identity Theft Task Forces, and acting as the Identity Theft liaison for the IRS.

## II.   PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of an application for an arrest warrant and a criminal complaint against ARTASH STEPANYAN ("SCHEMER#7") for a violation of Title 18, United States Code, Section 1028(a)(7): Fraud and Related Activity with Identification Documents.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and criminal complaint, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. STATEMENT OF PROBABLE CAUSE

A.  Summary of Investigation

4. IRS-CI and the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), have been investigating a large fraud ring that has been laundering tens of millions of dollars in tax refunds that were fraudulently obtained from false federal tax returns that had been filed using stolen identities.

5. **Tax fraud**: In this scheme, for tax years 2012, 2013, and 2014, the IRS has identified approximately 7,000 false tax returns that together fraudulently claimed approximately $38,000,000 in refunds, of which approximately $14,000,000 was deposited into and laundered through bank accounts used in this scheme. Millions of dollars more were deposited and laundered from 2010 to 2016.

6. **Identity theft**: The false tax returns were filed using stolen identity information from thousands of victims. The schemers, such as SCHEMER#7, also used a total of approximately 200 fraudulent identities with corresponding fraudulent identification, including passports from the Republic of Armenia, to open hundreds of mailbox addresses and bank accounts in those other identities.

7. **Money laundering**: The schemers then used those hundreds of mailbox addresses and bank accounts to launder the millions of dollars in ill-gotten tax refunds by transferring the funds among three levels (or "tiers") of bank accounts, in an apparent effort to render the funds ultimately untraceable. Some of the funds were wire transferred internationally, including to bank accounts located in the Republic of Armenia.

B. <u>SCHEMER#7 Unlawfully Used a Means of Identification of Another Person With the Intent to Commit Unlawful Activity Constituting a Violation of Federal Law and/or a Felony Under State Law.</u>

8. SCHEMER#7 was a member of this large money laundering scheme. In furtherance of the scheme, SCHEMER#7 would unlawfully pose in the identity of someone else to rent mailboxes and open bank accounts in those other identities, using fraudulent identification documents and information.

9. On September 6, 2012, box #405 at UPS Store 1062, 9018 Balboa Blvd., Northridge, California, was rented in the name of A.P.

   a. When opening that mailbox, the individual posing in the identity of A.P. provided as identification Republic of Armenia passport number XXXX86504 in the name of A.P. that had SCHEMER#7's photograph on it.

   b. I also reviewed the file for that mailbox, which included United States Postal Service Form 1583, "Application for Delivery of Mail Through Agent." That form also has a signature purporting to be by A.P., dated September 6, 2012.

   c. On October 24, 2014, IRS-CI SA Patrick Leonard interviewed the manager from that mailbox location, which conversation he related to me. The manager said that he recognized the individual on Republic of Armenia passport number XXXX86504 as the same individual who had rented box the mailbox in the name of A.P.

10. I believe that SCHEMER#7 also opened other mailboxes as part of the scheme while posing in the identity of another.

4

a. On June 2, 2011, box #652 at Sunset Blvd. Mailboxes, 7119 W. Sunset Blvd., Los Angeles, California, was rented in the name of A.A. When opening that mailbox, the individual posing in that identity provided as identification Republic of Armenia passport number XXXX85765 in the name of A.A. that had SCHEMER#7's photograph on it.

b. On September 5, 2012, box #287 at Postalworks, 2658 Griffith Park Blvd, Los Angeles, California, was rented in the name of H.M. When opening that mailbox, the individual posing in that identity provided as identification Republic of Armenia passport number XXXX75869 in the name of H.M. that had SCHEMER#7's photograph on it.

c. On June 26, 2013, box #347 at Mail Fax Plus USA, 11100-8 Sepulveda Blvd., Mission Hills, California, was rented in the name of M.S. When opening that mailbox, the individual posing in that identity provided as identification Republic of Armenia passport number XXXX86504 and Costco membership card number XXXXXX203611, both in the name of M.S. However, the owner of Mail Fax Plus USA failed to keep copies of those identification items, even though required to do so under U.S. postal regulations, so those numbers were just recorded in the file for the mailbox (as opposed to copies of the documents, like the other mailbox locations discussed herein). To compare photographs, I obtained from Costco for a copy of the photograph for Costco membership card XXXXXX203611 in the name of M.S. I then examined the photograph provided by Costco for Costco membership card number XXXXXX203611, and I believe the person in that photograph is SCHEMER#7.

d. On September 16, 2013, box #328 at Cerritos Mailbox and More, 11432 South St., Cerritos, California, was rented in the name of H.P. When opening that mailbox, the individual posing in that identity provided as identification Republic of Armenia passport number XXXX43649 and Costco membership card number XXXXXX7528, both in the name of H.P. Both of those identification documents appear to have the photograph of SCHEMER#7.

e. On October 4, 2013, box #81 at Torrance Postal N Shipping, 2100 Redondo Beach Blvd., Ste. C, Torrance, California, was rented in the name of A.V. When opening that mailbox, the individual posing in that identity provided as identification Republic of Armenia passport number XXXX93912 in the name of A.V. that had SCHEMER#7's photograph on it.

11. I examined the photograph identifications that were used to rent the mailboxes described above, and I have compared them to the California driver's license issued to in the true name of SCHEMER#7. Based on those comparisons, I believe the photographs are all of the same person, SCHEMER#7.

12. The Republic of Armenia informed the U.S. Embassy in Armenia that passports XXXX93912, XXXX85765, XXXX86504, XXXX43649, and XXXX67653 were issued in the names of A.V., A.A., A.P., H.P., and M.S., respectively. Therefore, I believe that the passports XXXX93912, XXXX85765, XXXX86504, XXXX43649, and XXXX67653 were altered to display SCHEMER#7's image and then used to rent mailboxes as part of this scheme.

13. I have reviewed bank records for M.S., and I believe that SCHEMER#7, posing in the identity of M.S., opened three bank accounts that were used in this scheme, as described here:

    a. On September 9, 2013, U.S. Bank accounts XXXXXX048133 and XXXXXX993192 were opened in the name of M.S. The address on the signature card is 11100-8 Sepulveda Blvd #347, Mission Hills, California, and the identification provided was Armenian passport XXXX67653.

        i. On or about August 26, 2014, I spoke with the U.S. Bank personal banker who opened accounts XXXXXX048133 and XXXXXX993192. The banker recognized the person on Costco membership card XXXXXX203611 in the name of M.S. as the person who had opened the account.

        ii. U.S. Bank accounts XXXXXX048133 and XXXXXX993192 operated as bank accounts in this scheme in 2013 and 2014.

    b. On June 26, 2013, Wells Fargo bank account XXXXXX5032 was opened in the name of M.S. The address on the signature card is 11100 Sepulveda Blvd., Unit 347, Mission Hills, California, and the primary identification is listed as Armenian passport XXXX67653 (the same passport number used to open one of the mailboxes listed above) and secondary identification as Costco membership card XXXXXX203611 (the same Costco membership number used to open one of the mailboxes listed above).

        i. Wells Fargo bank account XXXXXX5032 operated as a bank account in this scheme in 2013 and 2014.

        ii. On December 30, 2014, HSI SA Michael Ou and I spoke with the Wells Fargo Bank personal banker who had closed the

accounts in the name of M.S. A photograph of SCHEMER#7 was provided to the personal banker, and the personal banker told us that he recognized SCHEMER#7 as the individual he knew as M.S. The banker said that SCHEMER#7 had entered the bank alone and presented an Armenian passport in the name of M.S. Approximately $29,000 in cash from the M.S. bank account was released to SCHEMER#7.

14. In addition to the bank accounts described above, I have reviewed additional bank records that show there were at least three other bank accounts opened in the name in the name of M.S.

15. I have also reviewed additional bank records that show there were at least:

    a. four bank accounts opened in the name of A.A.;
    b. five bank accounts opened in the name of H.M.;
    c. six bank accounts opened in the name of H.P.;
    d. nine bank accounts opened in the name of A.V.; and
    e. four bank accounts opened in the name of A.P.

///
///
///

## IV. CONCLUSION

16. For all the reasons described above, and based on my training, education, experience, and participation in this investigation, there is probable cause to believe that ARTASH STEPANYAN (SCHEMER#7) violated Title 18, United States Code, Section 1028(a)(7): Fraud and Related Activity with Identification Documents.

/s/
--------------------------------
Adrian Yepez, Special Agent
Internal Revenue Service - Criminal
Investigation

Subscribed to and sworn before me this 19 day of April 2016

/s/ KAREN E. SCOTT
--------------------------------
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE